In re Haiber V. MONTEHERMOSO,
Petitioner.

No. 13–1330.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 25, 2013.

Haiber V. Montehermoso, Petitioner pro
se.

Before GREGORY, DUNCAN, and
DAVIS, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Haiber V. Montehermoso petitions for a
writ of mandamus seeking an order directing a North Carolina court to respond to
his motion to grant certiorari that he allegedly filed in November 2012. We conclude
that Montehermoso is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court*, 426
U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d
725 (1976); *United States v. Moussaoui*,
333 F.3d 509, 516–17 (4th Cir.2003). Further, mandamus relief is available only
when the petitioner has a clear right to the
relief sought. *In re First Fed. Sav. &
Loan Ass'n*, 860 F.2d 135, 138 (4th Cir.
1988). Moreover, this court does not have
jurisdiction to grant mandamus relief
against state officials. *Gurley v. Superior
Court of Mecklenburg Cnty.*, 411 F.2d 586,
587 (4th Cir.1969).

The relief sought by Montehermoso is
not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*